Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Delaware

_____ Division

|   |   |
|---|---|
| Leandro Hernan Simon<br>Carmen Inmaculada Marquez Barboteo<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>-v-<br><br>The Goldman Sachs Group, Inc.<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | Case No.  26 - 497<br><br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☑ No<br><br>**FILED**<br>APR 30 2026<br>U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |

## COMPLAINT FOR A CIVIL CASE

**I.     The Parties to This Complaint**

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Leandro Hernan Simon |
| Street Address | C/Andromeda, 17 |
| City and County | Benalmadena |
| State and Zip Code | Malaga, Spain 29631 |
| Telephone Number | +34 722316769 |
| E-mail Address | leandrohsimon@macrobiomarker.com |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                                    The Goldman Sachs Group, Inc.

Job or Title *(if known)*

Street Address                          Legal Address 1201 North Market Street P.O. Box 1347

City and County                         Wilmington, New Castle

State and Zip Code                      Delaware (US-DE), 19801

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Lobbying Disclosure Act of 1995
Group Boycott, Sherman Antitrust Act
The Federal Trade Comission Act
The Clayton Act

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)*

   _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

We contacted Goldman Sachs USA, Private Wealth Management, through an entry form on the company's official website, requesting that they manage our assets, potentially negotiate the sale of our IP, and request a loan secured by our intellectual property. (April 30, 2025)
Goldman Sachs attempted to contact us from a UK office in an initial phone call that we were unable to answer. (May 9, 2025)
They contacted us by email through Mr. Jules Schlagman, who, according to his own description, leads Goldman Sachs' client coverage efforts in EMEA, to schedule a follow-up phone call. (May 9, 2025)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The monetary amount should be calculated based on the valuation of our intellectual property in relation to the damage caused by the obstruction from the date of contact with the corporation until the date of the judgment. The proportion of economic value claimed is that of the interest not earned during all these months in relation to the capital of the intellectual property, plus economic damages caused to the parties by not having access to liquidity during all those months.

Alternatively, the corporation may agree to a settlement requested by us, plus payment of damages for these months from the date of contact until the date of the judgment regarding its obstruction of access to liquidity.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          04/24/2026

Signature of Plaintiff

Printed Name of Plaintiff      Leandro Hernan Simon

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**Plaintiff 2:**

Carmen Inmaculada Marquez Barboteo

Address: C/Andromeda, 17, Benalmadena, Malaga (Spain)
29631

Telephone: +34 652076768

Email: carmen.marquez@macrobiomarker.com

Signature:

## III. Statement of Claim

- We contacted Goldman Sachs USA, Private Wealth Management, through an entry form on the company's official website, requesting that they manage our assets, potentially negotiate the sale of our IP, and request a loan secured by our intellectual property. (April 30, 2025)

- Goldman Sachs attempted to contact us from a UK office in an initial phone call that we were unable to answer. (May 9, 2025)

- They contacted us by email through Mr. Jules Schlagman, who, according to his own description, leads Goldman Sachs' client coverage efforts in EMEA, to schedule a follow-up phone call. (May 9, 2025)

- In a second phone call, we spoke with Mr. Schlagman, who disregarded our initial request and intentionally steered the conversation toward an erroneous and incoherent scenario regarding our proposal. (December 5, 2025)

- In response to their erroneous and incoherent proposal, we reiterated our intention to have Goldman Sachs manage our assets and our intention to request a loan secured by our intellectual property. (December 5, 2025)

- Goldman Sachs ignored our request, and their response was entirely dismissive, alluding to a request we had not made. (December 5, 2025)

- We reiterated our initial intention, this time pointing out the points of disagreement with Goldman Sachs's approach. (December 5, 2025) Having received no response, we contacted Mr. Schlagman again via email and reiterated our initial request. (May 14, 2025)

- Goldman Sachs responded again with a statement that, on the surface, appeared to be incoherent with respect to our request. Once again, they disregarded the service we were requesting and instead proposed selling a different type of financial product as if that service had been requested. In other words, instead of acting as a wealth management firm or a

private bank, they were acting like a commercial bank offering services to corporations—something completely out of place and inconsistent. This constitutes a lack of respect, a disregard for communication itself, a blatant attempt at dissuasion, and an incitement or provocation of potential conflict in the communication process. (May 14, 2025) We wrote to Goldman Sachs pointing out their attempt at dissuasion and their attempt to steer us toward a different type of conversation and transaction than what we intended. (May 14, 2025) We have not received a response.

- Months later, we contacted Mr. John Waldron, intending for him to manage our assets related to the registered intellectual property, "4BM TECHNOLOGY 2004-2025" (Registration Number: Txu 2-500-214, Library of Congress, United States Copyright Office). (December 8, 2025). We have not received a response.

- We sent a digitally signed letter requesting the deletion of personal data and the cessation of its processing to the email address gs-privacy@gs.com. (September 19, 2025). We have not received a response.

- We sent a letter requesting the deletion of personal data and the cessation of its processing to Mr. Jules Schlagman. (November 18, 2025). We have not received a response.

- We sent a letter requesting the deletion of personal data and the cessation of its processing to Mr. John Waldron. (November 18, 2025). We have not received a response.

- We have filed complaints with Goldman Sachs' Business Integrity Program. Leandro Hernán Simón: March 22, 2026. Carmen Inmaculada Márquez Barboteo: March 25, 2026. We have not received a response.

- The bank's non-negotiation stance regarding the management of our assets leaves us with no clear affirmative or negative answer. This ambiguity is particularly advantageous to the bank, as it allows them to speculate on financial assets in anticipation of a future negotiation concerning our assets. That is, if they say no, their value could decrease in the stock market, while leaving the option open allows them to speculate on the increase in the value of their

shares related to our intellectual property assets. This severely impacts us, as we remain isolated and financially blocked, and clearly benefits this financial institution at our expense.