IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEANDRO HERNAN SIMON and CARMEN INMACULADA MARQUEZ BARBOTEO, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 26-497-CFC |
| v. | ) ) | |
| THE GOLDMAN SACHS GROUP, INC., | ) ) | |
| Defendant. | ) | |

## ORDER

At Wilmington, this 20th day of May 2026;

WHEREAS Plaintiffs Leandro Hernan Simon and Carmen Inmaculada Marquez Barboteo commenced this action in District Court without prepayment of the filing fee by filing applications to proceed in District Court without prepaying fees or costs (*in forma pauperis*) under 28 U.S.C. § 1915 (D.I. 1, 2); and

WHEREAS the Court, having reviewed all filings, does not find the information claimed in the Plaintiffs' affidavits (D.I. 1, 2) credible based, among other things, on the intellectual property assets valued "in the millions" asserted in the Plaintiffs' Complaint (D.I. 3) and motions to appoint counsel (D.I. 5, 6);

THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiffs' motions to proceed *in forma pauperis* (D.I. 1, 2) are **DENIED**.

2. Plaintiffs shall pay the $405.00 filing fee within thirty (30) days of the date of this

Order, or the case shall be dismissed.

_____
Chief Judge Colm F. Connolly
United States District Judge